UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD COURSER,

    Plaintiff,

v.

KEITH ALLARD, et al.,

    Defendants.
_____/

Case No. 1:18-CV-874

HON. GORDON J. QUIST

## ORDER AND JUDGMENT

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendants Keith Allard and Benjamin Graham's motion to dismiss (ECF No. 26) is **granted** regarding Courser's claim for violation of the Federal Wiretapping Act; that claim is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the entry of default against Defendant Joshua Cline (ECF No. 15) is **set aside**.

**IT IS FURTHER ORDERED** that Plaintiff Todd Courser's claim against Defendant Cline for violation of the Federal Wiretapping Act is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims; those claims are **dismissed without prejudice**.

This case is **concluded**.

Dated: December 19, 2019

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE